# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Nathaniel Gold, | ) |
| *Petitioner* | ) |
| v. | )     Civil Action No.     1:19-00308-JMC |
| Vernetia Dozier *Director*; County of Orangeburg; State of South Carolina, | ) |
| *Respondent* | ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❑ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❑ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Nathaniel Gold, shall take nothing of the respondents, Vernetia Dozier *Director*, County of Orangeburg and State of South Carolina, and this action is dismissed with prejudice.

This action was *(check one):*

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: April 25, 2019                    *ROBIN L. BLUME, CLERK OF COURT*

                                              s/L. Baker

                                       *Signature of Clerk or Deputy Clerk*